**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES BROWN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> K2M GROUP HOLDINGS, INC., ERIC D. MAJOR, CARLOS A. FERRER, PAUL B. QUEALLY, DANIEL A. PELAK, BRETT P. BRODNAX, SEAN MICHAEL TRAYNOR, RAYMOND A. RANELLI, and JOHN PHILIP KOSTUIK, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )  Case No. 1:18-cv-01567-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S**
**MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Charles Brown ("Plaintiff"), by and through his counsel, hereby withdraws his Motion for a Preliminary Injunction ("Injunction Motion) (ECF No. 12) and in support states as follows:

1.    On October 5, 2018, Defendants[1] caused a Proxy Statement on Schedule 14A (the "Proxy") to be filed with the U.S. Securities and Exchange Commission ("SEC") in connection with the proposed acquisition of K2M Group Holdings, Inc. ("K2M" or the "Company") by Stryker Corporation ("Stryker") (the "Proposed Transaction").

2.    On October 11, 2018, Plaintiff filed his complaint (ECF No. 1) alleging that Defendants violated Section 14(a) of the Securities and Exchange Act of 1934 by omitting material information from the Proxy, including material information regarding the financial projections for

---

[1]    Defendants are defined as K2M Group Holdings, Inc., Eric D. Major, Carlos A. Ferrer, Paul B. Queally, Daniel A. Pelak, Brett P. Brodnax, Sean Michael Traynor, Raymond A. Ranelli, and John Philip Kostuik.

K2M.  On October 17, 2018, Plaintiff filed the Injunction Motion referenced above seeking to enjoin the special shareholder meeting to vote on the Proposed Transaction that is set for November 7, 2018, until the alleged  Section 14(a) violations were corrected  and the information was disseminated to K2M stockholders and also moved for expedited proceedings to brief and schedule a hearing on the Injunction Motion prior to the November 7 special shareholder meeting ("Motion to Expedite").

3.      The Court held two telephonic conferences with the parties on Plaintiff's Motion to Expedite and entered an order scheduling expedited briefing on the Injunction Motion and a hearing on the Injunction Motion for October 29, 2018.

4.      Thereafter, the parties engaged in arm's length negotiations to attempt to resolve the claims raised by Plaintiff.   Pursuant to these discussions, Defendant K2M filed a Form 8-K with the SEC on the evening of October 22, 2018, which amended the Proxy and addressed the allegations in Plaintiff's Complaint and that formed the bases for the Injunction Motion.

5.      As a result, Plaintiff no longer intends to request a preliminary injunction and respectfully withdraws the Injunction Motion and seeks to vacate the briefing schedule and all related deadlines.

6.      Plaintiff's counsel has conferred with counsel for the Defendants, and Defendants' counsel have no objection to the withdrawal of the Injunction Motion.

Dated:  October 23, 2018

FARUQI & FARUQI, LLP

By: */s/ Michael Van Gorder*

OF COUNSEL:

FARUQI & FARUQI, LLP
Nadeem Faruqi
James M. Wilson, Jr.

2

685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com


*Attorneys for Plaintiff*

Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel: (302) 482-3182
Email: mvangorder@faruqilaw.com


*Attorney for Plaintiff*