## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>K2M GROUP HOLDINGS, INC., ERIC D. MAJOR, CARLOS A. FERRER, PAUL B. QUEALLY, DANIEL A. PELAK, BRETT P. BRODNAX, SEAN MICHAEL TRAYNOR, RAYMOND A. RANELLI, and JOHN PHILIP KOSTUIK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-01567-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Charles Brown ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated:  October 23, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Michael Van Gorder*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.

Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

2

685 Third Ave., 26th Fl.
New York, NY 10017                                    *Counsel for Plaintiff*
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

2